IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02052-ZLW

ARTHUR J. GRIFFIN, JR.,

    Plaintiff,

v.

STATE OF MONTANA, YELLOWSTONE COUNTY, and CITY OF BILLINGS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Defendant's Motion for Summary Judgment in Closed, Civil-Action, Motion to Reopen" filed by Plaintiff on March 14, 2008, is denied.

Dated: March 17, 2008

Copies of this Minute Order mailed on March 17, 2008, to the following:

Arthur J. Griffin
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80205

_____
Secretary/Deputy Clerk