# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02052-ZLW

ARTHUR J. GRIFFIN, JR.,

    Plaintiff,

v.

STATE OF MONTANA, YELLOWSTONE COUNTY, and CITY OF BILLINGS,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Defendant's Motion for Specific Findings of Fact and Conclusions of Law" filed by Plaintiff on March 19, 2008, is denied.

Dated: March 20, 2008

---

Copies of this Minute Order mailed on March 20, 2008, to the following:

Arthur J. Griffin, Jr.
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2008

GREGORY C. LANGHAM
CLERK