# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-02052-ZLW

ARTHUR J. GRIFFIN, JR.,

    Plaintiff,

v.

STATE OF MONTANA, YELLOWSTONE COUNTY, and CITY OF BILLINGS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 1 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Defense/Plaintiff Motion Seeking Relief From Judgment . . ." filed by Plaintiff on March 31, 2008, is denied.

Dated: April 1, 2008

Copies of this Minute Order mailed on April 1, 2008, to the following:

Arthur J. Griffin, Jr.
Prisoner No. 1578195
Denver County Jail
PO Box 1108
Denver, CO 80201

_____
Secretary/Deputy Clerk